# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**MUTTAQIN FATIR ABDULLAH,** :

    **Petitioner** :

                                   **CIVIL ACTION NO. 3:14-02149**

**v.** :

                                   **(Judge Mannion)**

**UNITED STATES OF AMERICA,** :

    **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.


                                           s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Dated:   January 26, 2015**